# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No. 97-8219

_____

|  |  |  |
|---|---|---|
| Cyril A. Kolocotronis | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri |
| | * | |
| Veera Dr. Reddy, M.D. | * | [UNPUBLISHED] |
| Psychiat., | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: December 29, 1998

Filed:     February 3, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Cyril A. Kolocotronis filed a 28 U.S.C. § 2254 habeas action contesting the administration of psychotropic medication. The district court transferred the petition to this court because Kolocotronis had not obtained our authorization prior to filing a successive petition. Although Kolocotronis captioned his complaint as a federal habeas petition, his claims should have been brought as a 42 U.S.C. § 1983 action

challenging forced medication as a condition of his confinement. See <u>Washington v. Harper</u>, 494 U.S. 210 (1990); <u>Walton v. Norris</u>, 59 F.3d 67 (8th Cir. 1998). We therefore remand this matter to the district court for further consideration of the matter as a section 1983 claim.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.